Andrew P Rundquist SBN 262523
501 W Broadway Suite A144
San Diego CA 92101
Tel. (619)992-9148
andrew@rundquistlaw.com
Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP
TIM J. VANDEN HEUVEL, SB#140731
tim.vandenheuvel@lewisbrisbois.com
701 B. Street, Ste. 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627
Attorneys for WINN LAW GROUP

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CALDERA, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br>v.<br><br>WINN LAW GROUP; and DOES 1-10<br><br>                Defendants. | Case No. 19cv1363-BEN-LL<br><br>**JOINT MOTION TO DISMISS ACTION** |

PLEASE TAKE NOTICE that pursuant to FRCP 41(a) and in accordance with the Settlement Agreement entered into by and between Plaintiff Raymond Caldera and Defendant Winn Law Group, Plaintiff agrees to dismiss his individual claims with prejudice and dismissal of all claims without prejudice as to the class-action allegations and other members of the putative class. Each party to bear their own costs and fees.

Dated: October 8th, 2019     Law Office of Andrew P Rundquist

By: /s/ Andrew P. Rundquist
Andrew P Rundquist, Esq.
Attorney for Plaintiff Raymond Caldera

Dated: October 8th, 2019     Lewis Brisbois Bisgaard & Smith

By: /s/ Tim J. Vanden Heuvel
Tim J. Vanden Heuvel, Esq.
Attorney for Defendant,
Winn Law Group